**Opinion issued July 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00346-CV

———————————

## IN RE AMANDA BROUSSARD, Relator

---

### Original Proceeding on Petition for Writ of Mandamus[1]

---

### MEMORANDUM OPINION

On April 29, 2014, relator, Amanda Broussard, filed a petition for writ of mandamus, seeking to compel the trial court to rescind an order allowing real party in interest, the W. Kelly Vandever Revocable Trust, to enforce a final judgment as successor in interest to The Bank of New York Mellon.

---

[1] The underlying case is *The Bank of New York Mellon v. Amanda Broussard*, No. 13-CCV-050828, in the County Court at Law No. 2 of Fort Bend County, Texas, the Honorable Jeffrey McMeans presiding.

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.